IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JOHN FORSTER,**

    **Plaintiff,**

vs.                                                                  5:05-CV-148-SPM/AK

**JOANNE BARNHART,
Commissioner of Social
Security,**

    **Defendant.**
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND REMANDING CASE**

    **THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 20) filed July 31, 2006. The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections were filed.

    Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

    Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The magistrate judge's report and recommendation (doc. 20) is

adopted and incorporated by reference in this order.

2. The motion to remand (doc. 19) is hereby *granted*, and the Commissioner's decision denying benefits is reversed.

3. This case is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

4. Defendant Commissioner is ordered to direct the Appeals Council to remand this case to the Administrative Law Judge (ALJ) to do the following, as set forth in the report and recommendation:

   a. conduct a *de novo* hearing;

   b. formulate a residual functional capacity (RFC), with specific reference to the record, including limitations due to social functioning; and present a complete hypothetical question to the vocation expert.

   c. determine the impact of the favorable determination on Plaintiff's subsequent claims.

5. The clerk shall enter final judgment in this case pursuant to Federal Rule of Civil Procedure 58.

**DONE AND ORDERED** this <u>tenth</u> day of August, 2006.

               *s/ Stephan P. Mickle*
               Stephan P. Mickle
               United States District Judge